UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE BANK OF AMERICA CORPORATION DERIVATIVE LITIGATION | Lead Case No. 3:23-cv-03851-RK-JBD |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Robert Weiss and Michael Miliote ("Plaintiffs") voluntarily dismiss the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action is effective upon the filing of this notice.

Dated: January 12, 2024

WEISS LAW

By: *s/ Mark D. Smilow*
Mark D. Smilow
David C. Katz
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (212) 682-3025
Email: dkatz@weisslawllp.com
Email: msmilow@weisslawllp.com

And

THE BROWN LAW FIRM, P.C.

By: *s/ Elizabeth Donohoe*
Elizabeth Donohoe
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs Robert Weiss and Michael Miliote*

SO ORDERED
Robert Kirsch, U.S.D.J.
Date: 4/11/24